JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA H.,[1] | Case No. 5:23-cv-02248-PD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CAROLYN COLVIN,[2] ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is Reversed, and this matter is Remanded to the Social Security Administration on an open record for further proceedings consistent with the Court's Order.

DATED:  December 20, 2024

*Patricia Donahue*

HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the United States Judicial Conference.

[2] Carolyn Colvin became the Acting Commissioner of Social Security on November 30, 2024, and under Federal Rule of Civil Procedure 25(d) is automatically substituted for Martin O'Malley as Defendant in this suit.  *See* 42 U.S.C. § 405(g).