**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARBARA A. HARRIS,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHELLE KING,<br>Acting Commissioner of Social<br>Security,<br><br>　　　　　　Defendant | Case No.: 5:23-cv-02248-PD<br><br>ORDER AWARDING EQUAL<br>ACCESS TO JUSTICE ACT<br>ATTORNEY FEES AND EXPENSES<br>PURSUANT TO 28 U.S.C. § 2412(d)<br>AND COSTS PURSUANT TO 28<br>U.S.C. § 1920 |

　　　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

　　　　IT IS ORDERED that fees and expenses in the amount of $4,400.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $402.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:　Feb. 11, 2025

THE HONORABLE PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

-1-

1    Respectfully submitted,

2    LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3        /s/   *Matthew F. Holmberg*

4    BY: _____
         Matthew F. Holmberg

5        Attorney for plaintiff Barbara A. Harris

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26